UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6248 CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

IN RE: MOTION TO SEAL )
INDICTMENT FGJ 00-01 )
_____ )

## MOTION TO SEAL

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, hereby requests that this Motion, Order to Seal, the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrant, and Bond Recommendation Sheet be filed under seal (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) until the arrest of the defendant in order to prevent the defendant from fleeing upon learning that the indictment has been filed.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255

