BOB:vlf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6248** CR - DIMITROULEAS

18 USC 228(a)(1)
18 USC 228(a)(3)

**MAGISTRATE JUDGE
SNOW**

UNITED STATES OF AMERICA )
        Plaintiff, )
)
vs. )
)
DOUGLAS A. COLWELL )
)
        Defendant. )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT I

Beginning in or about May, 1993 and continuing to July, 1998, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DOUGLAS A. COLWELL

a resident of Duluth, Georgia, willfully failed to pay a past due support obligation for the support and maintenance of a minor child residing in Broward County, Florida and to the parent with whom the child lived, said obligation having been determined by the Administrative Hearing Officer of Hancock County, Maine, in Case No.33818221P and which remained unpaid for a period longer than one year and was greater than $5,000.

All in violation of Title 18, United States Code, Section 228(a)(1).

## COUNT II

Beginning in or about July 1998 and continuing to present, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

DOUGLAS A. COLWELL,

a resident of Duluth, Georgia, willfully failed to pay a past due support obligation for the support and maintenance of a minor child residing in Broward County, Florida and to the parent with whom the child lived, said obligation having been determined by the Administrative Hearing Officer of Hancock County, Maine, in Case No.33818221P and which had remained unpaid for a period longer than two years and was greater than $10,000.

All in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

DOUGLAS A. COLWELL
_____          **Superseding Case Information**:

**Court Division**: (Select One)    New Defendant(s)     Yes ___  No ___
                                Number of New Defendants   ___
___ Miami  ___ Key West         Total number of counts     ___
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) NO
   List language and/or dialect _____

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days       _X_    Petty     ___
   II   6 to 10 days      ___    Minor     ___
   III  11 to 20 days     ___    Misdem.   ___
   IV   21 to 60 days     ___    Felony    _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _x_ No

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

*Penalty Sheet(s) attached                              REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: __DOUGLAS A. COLWELL__    No.: _____

Count #I:
Failure to pay child support; in violation of 18:228(a)(1)

*Max Penalty: Not more than 6 months' imprisonment and $5,000 fine

Count #II:
Failure to pay child support; in violation of 18:228(a)(3)

*Max Penalty:  Not more than 2 years' imprisonment and $250,000 fine

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**