# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

DOUGLAS A. COLWELL

**WARRANT FOR ARREST**

CASE NUMBER **00 - 6248**
CR - DIMITROULEAS
MAGISTRATE JUDGE

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DOUGLAS A. COLWELL__
Name

FILED by D.C.
AUG 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)

**FAILURE TO PAY COURT ORDERED CHILD SUPPORT**

in violation of Title __18__ United States Code, Section(s) __228(a)(1) and (a)(3)__

__Clarence Maddox__

Name of Issuing Officer

__Court Administrator/Clerk of the Court__

Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

__08/31/00 at Fort Lauderdale, Florida__
Date and Location

BSS
Bail fixed at $ __25,000 PSB__  - Do Not LODGE OVERNIGHT!

*[signature]*
by __BARRY S. SELTZER, MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest