## United States District Court

____SOUTHERN____ DISTRICT OF ____FLORIDA____

UNITED STATES OF AMERICA

V.

DOUGLAS A. COLWELL

**WARRANT FOR ARREST**

CASE NUMBER **00-6248**
CR-DIMITROULEAS
MAGISTRATE JUDGE
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DOUGLAS A. COLWELL__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)

**FAILURE TO PAY COURT ORDERED CHILD SUPPORT**

in violation of Title _18_ United States Code, Section(s) _228(a)(1) and (a)(3)_

Clarence Maddox
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ 25,000 PSB   - DO NOT
                LODGE OVERNIGHT!

Court Administrator/Clerk of the Court
Title of Issuing Officer     CLARENCE
                             CLERK
                             SDFL

08/31/00 at Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ Duluth, GA |

| DATE RECEIVED 8/31/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER [signature] Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 11/12/00 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ DOUGLAS A. COLWELL _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ August 14, 1959 _____

SOCIAL SECURITY NUMBER: ___ 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 _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____


INVESTIGATIVE AGENCY AND ADDRESS: __ FBI _____

_____

_____