UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: **51947-019**

UNITED STATES OF AMERICA )
              Plaintiff ) Case Number: CR **00-6248-CR-WPD**
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
**DOUGLAS A. COLWELL** )
        Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    (**FT. LAUDERDALE**)    W. PALM BEACH
    U.S. District Court            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **11-28-00** ___ am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **FAILURE TO PAY CHILD SUPPORT**

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: **8-14-59**

(6) Type of Charging Document: (check one)
   [X] Indictment  [ ] Complaint  To be filed/Already filed
   Case# _____

   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

   Originating District: **SD/FL**

   COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **11-28-00**  (9) Arresting Officer: _____

(10) Agency: **USMS**   (11) Phone: _____

(12) Comments: _____