U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Douglas Colwell (J.) # | CASE NO: | 00-6248-CR- Dimitrouleas |
| AUSA: | Bruce Brown  present | ATTNY: | Pat Hunt |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | FPD |

BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

∆ ? 9.9??

Ct. unseals indictment
∆ - advised of charges
∆ - sworn for Counsel
∆ - detained in district of arrest / Georgia - appeal re bond would have to be directed to us

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 12-13-00 | 11:00am | BSS |
| DATE: 11-29-00 | TIME: 11:00am ends 12:10pm | TAPE # 00- 095  PG # 1065-1300  1702-1744 | |