UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

11-29-00

UNITED STATES OF AMERICA

vs

Douglas Colwell,

CASE NO. 00-6248-CR-
Dimitrouleas

ORDER

THIS CAUSE is before the Court upon oral motion of the government to unseal the indictment in the above-named case. The government's motion is GRANTED and it is hereby

ORDERED AND ADJUDGED that the indictment be unsealed as to all defendants.

DONE AND ORDERED at Fort Lauderdale, Florida, this 29 day of November, 20 00.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE