UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6248-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Douglas Colwell

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 11-29-00 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: In Custody

Telephone:

DEFENSE COUNSEL: Name: FPD

Address:

Telephone:

BOND SET/CONTINUED: $ PTD Ordered in district of arrest

Bond hearing held: yes_____ no X Bond hearing set for_____

Dated this 29 day of November , 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: /s/ Deputy Clerk

Tape No. 00-095

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services

