UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.
DEC 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    V.                        CASE NO. 00-6248-CR-DIMITROULEAS

DOUGLAS COLWELL

---

TYPE OF CASE:              CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.          COURTROOM 203E
FT. LAUDERDALE, FL 33301      DATE & TIME:
                                        **January 3, 2001 AT 9:00 A.M.**
                                        **(Previously set for January 5, 2001 at 9:00 )**

---

TYPE OF        CALENDAR CALL/STATUS CONFERENCE
HEARING:

                                          CLARENCE MADDOX,
                                          CLERK OF COURT

DATE: December 6, 2000              BY DEPUTY CLERK

cc:    Bruce Brown, AUSA
       Federal Public Defender's Office

