HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __PETER AUSTIN HOLLAND__ CASE NO: __00-6317-CR-FERGUSON__
AUSA __SCOTT BEHNKE__ /Nicholson ATTY FPD _Arruba for Welcan_

possible plea - disc out    00-05/0 3501

DEFT __GLENN SPLAIN__ CASE NO: __00-6260-CR-DIMITROULEAS__
AUSA __ROBIN ROSENBAUM__ /Nicholson ATTY FPD _Arruba for Sraegor_

poss plea                            @3556

DEFT __DOUGLAS COLWELL__ CASE NO: __00-6248-CR-DIMITROULEAS__
AUSA __BRUCE BROWN__ ATTY __FPD__

disc not out - trial set
m/due 12/29                                        @ 3606

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __12/13/00__ TIME __11:00__