UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6248-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,          :

       Plaintiff,              :

v.                                 :

DOUGLAS COLWELL,                   :

       Defendant.              :
_____

**STATUS REPORT**

       A status conference was held in this cause on December 13, 2000. At that conference, the parties informed the Court as follows:

       1. Discovery shall be furnished on or before December 15, 2000.

       2. Counsel for the defendant shall have until December 29, 2000, within which to file pretrial motions.

       DATED at Fort Lauderdale, Florida, this _14th_ day of December, 2000.

                                 /s/ Lurana S. Snow
                                 LURANA S. SNOW
                                 UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bruce Brown (FTL)
AFPD Sam Smargon (FTL)

