**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6248-CR-WPD   DATE: January 3, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA VS. Douglas Colwell

U.S. ATTORNEY: Bruce Brown   DEFT. COUNSEL: _____

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 1. Gov't agrees to dismiss Count 2 at time of sentencing. Court accepts guilty plea. Court sets bond at $100,000 PSB.

CASE CONTINUED TO: 3/16/01   TIME: 10:30   FOR: Sentencing

MISC: No written plea agreement.

