UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　CASE NO. 00-6248-CR-DIMITROULEAS

　　　Plaintiff,

vs.

DOUGLAS COLWELL,

　　　Defendant.
_____/

## ORDER

THIS CAUSE having come before this Court on January 23, 2001. The Court hereby deletes the special condition of the defendant's release which orders him to report to pretrial services as directed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Samuel Smargon, AFPD

Bruce Brown, AUSA

Gavin Churchill, USPO