UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6248-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,    :

    Plaintiff.                                  :

v.                                                  :

DOUGLAS COLWELL,                    :

    Defendant.                              :
_____/



## MOTION TO CONTINUE SENTENCE DATE

Douglas Colwell ("Colwell"), by Samuel J. Smargon ("Smargon"), Assistant Federal Public

Defender, hereby files this Motion to Continue Sentence Date for the following reasons:

1.    On January 3, 2001, Colwell pled guilty to a Class B misdemeanor: failure to pay

child support. Sentencing is set for March 16, 2001, at 10:30 a.m.

2.    Smargon now intends to be out of the district on March 16, 2001.

3.    Smargon understands that this court would like to do sentences on Fridays.

4.    Smargon had planned to take an Annual leave day on March 23, 2001.

5.    On Friday, March 30, 2001, Smargon has scheduled as follows: 10:00 a.m. sentence

with Judge Ferguson, 11:00 a.m. sentence with Judge Zloch, 11:30 a.m. sentence with this court, and

3:00 p.m. with Judge Hurley in West Palm Beach.



6.    On Friday, April 6, 2001, Smargon has scheduled as follows: 10:30 a.m. sentence

with this court.

WHEREFORE, Douglas Colwell hereby requests a two or three week continuance, to on or

about March 30, 2001, or April 6, 2001.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Samuel J. Smargon
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 150230
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a true a copy of the foregoing instrument was mailed this $\frac{14}{}$ day of

February, 2001 to Bruce Brown, Assistant United States Attorney, 299 East Broward Boulevard,

Fort Lauderdale, Florida 33301 and to Georgann Stanley, United States Probation Office, 299 E.

Broward Blvd., Room 409, Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S:\SMARGON\Colwell\Continue 01.wpd

2