UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6248-CR-DIMITROULEAS

    Plaintiff,

vs.

DOUGLAS COLWELL,

    Defendant.

_____/

### NOTICE OF RECEIPT

THE COURT hereby gives notice of receipt of the attached February 26, 2001 letter of Marsha Williams.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Sam Smargon, AFPD

Bruce Brown, AUSA



Marsha Williams
39 Madrid Lane
Davie, FL 33324-5549
(954) 472-9083


February 26, 2001

Honorable William D. Demitrouleas
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Dear Judge Demitrouleas:

My name is Marsha Williams and I am writing to you in regards to a case that will be before you on March 16, 2001 at 10:30 A.M. I am the custodial parent of Cassidy Nicholas Williams, the child that has been denied financial support from his father since he was an infant.

The defendant, Douglas Colwell has pleaded guilty to criminal non-payment of child support and owes in excess of $33,000 in arrearages. I feel that it is important that you understand the hardship this has caused my son and I for the past twelve years.

Although until 1995 I held a full-time position for a well-known company, I have had some serious health problems, which have caused me to currently be on Social Security Disability. I was diagnosed with a brain tumor in 1990 and had 3 surgeries to remove the tumor and repair the after effects. In 1995 I lost my job due to my health and applied for SSI at that time. It took three years to finally receive disability, and during that time, my income consisted of $241.00 a month AFDC and $218.00 in food stamps. My household bills alone total more than $1000.00. As a result I had to borrow money from friends and relatives. One friend loaned me $10,000 and to this day I have been unable to pay anything towards this debt. My parents, who are retired, on a fixed income, and are by no means wealthy, helped me out with my finances for more than eight years. Even though I paid some of the money back from my SSI back pay, I will never be able to pay them the total amount they have loaned me. From time to time I still have to ask them to help me out. I am still paying credit card debts that I accrued during this time and they continue to pile up. With the cost of medication, I find

1

myself having to charge my prescriptions on a monthly basis. My monthly income now is just over $1,600.00 a month. Even though that is more then I was receiving from 1995 to 1998, I still barely make ends meet each month. If it weren't for the few items that I sell on an Internet website, I would still depend on my parents to help me out on a monthly basis.

In 1997 I was diagnosed with Cirrhosis of the liver due to the Hepatitis-C virus that I contracted from a blood transfusion when I gave birth to my son. I am currently on the waiting list at the University of Miami for a new liver. Although I successfully finished Nursing school in 1997, I will never be able to work in the medical field due to the immunosuppressant drugs I will have to take after the transplant.

For the past twelve years I have struggled to make ends meet while at the same time making sure that my son has everything that a normal little boy needs. It hasn't been easy, and it certainly would have helped had Mr. Colwell lived up to his responsibilities. I have never received more than $150.00 from him and that was from an allotment that was taken directly out of his paycheck when he was in the Marines. Any other money that he paid was turned over to the state for repayment of AFDC.

While all of this was happening in our lives, Mr. Colwell was moving from state to state, and job to job to avoid living up to his obligations. I know of at least four states that he lived in during this time. As soon as an income deduction order was put in effect, he would quit his job. He even filed for bankruptcy once the pressure was really put on him. Surprisingly, because of the bankruptcy proceedings, the state couldn't contact him for six months. He knows how to beat the system and has done a good job for a long time. I think it's time that he is held responsible for his actions.

I'm hoping that Mr. Colwell is not forgiven for the arrearages that he owes. I've heard of cases where past obligations have been forgiven. I know that Mr. Colwell has heard these stories as well. It's obvious that he doesn't have the almost $34,000 that he owes in arrears. I had to borrow from friends and family to make it from week to week. I think it would be fair for him to now ask his parents to borrow money to pay his arrearages. My son has six more years until he is eighteen years old. The most

Mr. Colwell would be able to pay back at $100.00 a month (plus monthly current child support) would be $7,000.00. It would only be fair that he find some way to come up with the estimated $25,000.00 that would remain owing, up front before he is put on probation. Even though we struggled, I found the funds to survive and was able to pay back my parents a portion of what I owed them. He should be able to come up with some kind of repayment plan with whoever may be able to help him out in his time of need. He is obviously a healthy individual that has been earning money regularly. If it wasn't for the fact that the FBI was involved in this crime he would still be earning money and not paying child support.

I hope this letter has helped you understand a little about how his failure to live up to his obligations has effected both our sons' life as well as mine. I am looking forward to someday returning to work and being able to earn an income on my own. I have always made sure that Cassidy has had everything a little boy needs. In the coming months he will need braces for his teeth and possibly surgery to repair an occlusion that he has with his lower jaw. The cost of school clothes will be increasing as well as his appetite! I still drive the same 1987 Suzuki that I had when he was first born and our house is in need of repairs so we can sell it and move into a house that will fit our needs better. Please don't think I'm looking for a windfall because I'm not. I only want what is due to my son and I.

In closing I want to thank you for taking the time out of your busy schedule to read this letter. I will be at the hearing in March and if you would like to speak to either my son or myself, please feel free to contact me.

Sincerely,

*Marsha Williams*

Marsha Williams

3





Marsha Williams
39 Madrid Lane
Davie, FL 33324

33301X1844 13

Honorable William D. Demitrouleas
299 E. Broward Blvd.
Fort Lauderdale, FL 33301