**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
MAR 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6248-CR-WD    DATE: March 30, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Douglas Cowell

U.S. ATTORNEY: Bruce Brown    DEFT. COUNSEL: Dan Smargon
Kathleen Rice

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Deft not present. Bench Warrant to issue.

_____

_____

_____

_____

_____

_____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____

