# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

DOUGLAS COLWELL

## WARRANT FOR ARREST

CASE NUMBER: 00-6248-CR-WPD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DOUGLAS COLWELL___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO APPEAR FOR SENTENCING

in violation of Title _____ United States Code, Section(s) _____

William P. Dimitrouleas
Name of Issuing Officer

United States District Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

April 2, 2001 at Ft. Lauderdale, FL
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |