UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6248-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

DOUGLAS COLWELL, :

    Defendant. :
_____/

## MOTION TO VACATE BENCH WARRANT AND RESET SENTENCE DATE

Douglas Colwell ("Colwell"), by Samuel J. Smargon ("Smargon"), Assistant Federal Public Defender, hereby files this Motion to Vacate Bench Warrant and Reset Sentence Date for the following reasons:

1. On January 3, 2001, Colwell pled guilty to a Class B misdemeanor; failure to pay child support. Sentencing was set for March 30, 2001, at 11:20 a.m.

2. On March 26, 2001, Smargon talked to Colwell who informed him that he, Colwell, a former drug addict, had "fallen off the wagon", and needed help. Colwell informed Smargon that he had made arrangements to enter the Salvation Army, Adult Rehabilitation Center ("Center"), in Atlanta, Georgia, on March 28, 2001.

3. On March 28, 2001, Smargon called the Salvation Army to confirm that Colwell had, in fact, entered the Center. The person at intake, Brian Anthony, informed Smargon that Colwell had not entered the Center yet, but would call as soon as Colwell arrived. Anthony did not call.



4. On March 30, 2001, Smargon announced that Colwell's location was unknown. This court entered a bench warrant for Colwell's arrest.

5. On April 26, 2001, Colwell called Smargon. Colwell did enter the Salvation Army Center, on March 28, 2001. He called to find out the new court date, thinking that his March 30, 2001, court date had been continued. Smargon verified with Administrator, Judy Keating that Colwell did, in fact, enter the Center on March 28, 2001. Additionally, Keating told Smargon that Colwell is doing "very well" at the Center. The program is 18 weeks long and will end on or about August 8, 2001.

6. On April 26, 2001, Smargon called Assistant United States Attorney Bruce Brown for his position on the motion. Bowen has not called back yet.

WHEREFORE, Douglas Colwell hereby requests the bench warrant be vacated and his sentence be set for sometime after August 8, 2001.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 150230
1 East Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true a copy of the foregoing instrument was mailed this $27$ day of April, 2001 to Bruce Brown, Assistant United States Attorney, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301 and to Georgann Stanley, United States Probation Office, 299 E. Broward Blvd., Room 409, Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S:\SMARGON\Colwell.vacate.01.wpd