UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6248-CR-DIMITROULEAS

Plaintiff,

vs.

DOUGLAS COLWELL,

Defendant.
_____/



## ORDER DENYING, WITHOUT PREJUDICE, MOTION TO VACATE BENCH WARRANT AND RESET SENTENCE DATE

THIS CAUSE having come before the Court on Defendant's Motion to Vacate Bench Warrant and Reset Sentence Date [DE-30], and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Defendant's motion to vacate bench warrant and reset sentence date is DENIED, without prejudice to renew once the Defendant is back in custody.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Samuel J. Smargon, AFPD
Bruce Brown, AUSA
Georgann Stanley, USPO
U.S. Marshal's Service

