# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS
CLERK OF COURT

(404) 215-1441

July 2, 2001

00 - 6248 CR
WPD

Clerk's Office:

Rule 40 proceedings were held in this district on July 2, 2001 regarding DOUGLAS COLWELL Ga. Case No. 1:01-M-864, your Case No. 00-624B-CR-WPD. Enclosed are our documents of said proceedings.

If you have any questions, please call the me at (404) 215-1441

Sincerely,

Carole Burks

Carole Burks
Deputy Clerk

Enclosure

MAGISTRATE'S CRIMINAL MINUTES
REMOVALS (RULE 40)

-cr-06248-WPD   Document 32   Entered on FLSD Docket 07/09/2001

FILED IN OPEN COURT
DATE: 7/2/01 @ 4:40
TAPE: 01-71 @ 2419

MAGISTRATE <u>C. CHRISTOPHER HAGY</u>   PRESIDING   <u>CAROLE BURKS</u> DEPUTY CLERK
CASE NUMBER <u>1:01-M-864</u>   DEFENDANT'S NAME <u>Douglas Colwell</u>
AUSA <u>Jay Sampley</u>   DEFENDANT'S ATTY <u>Kevin Brehm</u>
USPO <u>Deana Murphy</u>   Type Counsel (circle): Retained   CJA   FDP

_✓_ Initial appearance hearing held.
_✓_ Defendant informed of rights.
_✓_ ORDER appointing Federal Defender Program attorney for defendant.
____ ORDER appointing_____ attorney for defendant.
____ ORDER defendant shall pay attorney's fees as follows:_____

_✓_ Defendant WAIVES removal hearing (as to identity only). WAIVER FILED.
____ Defendant WAIVES preliminary hearing (__ in this district only). WAIVER FILED.
____ Removal hearing set/reset/cont to _____ @ _____.
____ Removal hearing HELD.
____ Order finding probable cause. Defendant held to District Court for removal to other district.
____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
_✓_ Order defendant removed to other district. Commitment issued <u>7/2/01</u>.
____ Miscellaneous:_____

### BOND/PRETRIAL DETENTION HEARING

____ Government Motion for detention filed.
____ Bond/Pretrial detention hearing held.
____ Pretrial detention hearing set for _____. (__ in charging district)
____ (__ Verbal) Motion to reduce bond GRANTED.
____ (__ Verbal) Motion to reduce bond DENIED.
_✓_ Pretrial detention ordered. (Written order to follow _✓_ ).
____ BOND set at $_____
       ____ NON-SURETY
       ____ SURETY/CASH:_____ Property Acceptable: _____ Corporate surety ONLY
       ____ COMBINATION:_____

____ SPECIAL CONDITIONS:_____

____ Bond filed, defendant released.
____ Bond not executed, defendant to remain in Marshal's custody.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 02 2001

LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk 

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                   CASE NO. 1:01-M-864

DOUGLAS COLWELL,

Defendant.

### ORDER APPOINTING COUNSEL

KEVIN BREHM

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 2nd day of July, 2001.

_____
**UNITED STATES MAGISTRATE JUDGE**

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

JUL 02 2001

_____NORTHERN_____ DISTRICT OF _____GEORGIA_____

UNITED STATES OF AMERICA

V.

DOUGLAS COLWELL

## WAIVER OF RULE 40 HEARINGS
**(Excluding Probation Cases)**

CASE NUMBER: 1:01-M-864

I, __DOUGLAS COLWELL_____, understand that in the

__SOUTHERN_____ District of __FLORIDA_____, charges are pending

alleging violation of __FAILURE TO APPEAR FOR SENTENCING_____ and that I have been

arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

(X) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

_____
Defense Counsel

July 2, 2001
Date

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IS

UNITED STATES OF AMERICA,

vs.

DOUGLAS COLWELL

**ORDER OF DETENTION PENDING TRIAL**

JUL 02 2001

CASE NO. 1:01-M-864

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I - Findings of Fact

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. §3142(f)(1) and has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is
   - ☐ a crime of violence as defined in 18 U.S.C. §3156(a)(4).
   - ☐ an offense for which the maximum sentence is life imprisonment or death.
   - ☐ an offense for which the maximum term of imprisonment of ten years or more is prescribed in _____.*
   - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. §3142(f)(1)(A)-(C), or comparable state or local offenses.
- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- ☐ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding (1).
- ☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternate Findings (A)

- ☐ (1) There is probable cause to believe that the defendant has committed an offense
   - ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____.
   - ☐ under 18 U.S.C. §924(c).
- ☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternate Findings (B)

- ☐ (1) There is a serious risk that the defendant will not appear.
- ☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by (clear and convincing evidence) (a preponderance of the evidence) that Defendant arrested for failure to appear for sentencing. Must be detained per FR Rule 40(e) since he did not contest identity.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative of confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 7/2/01

_____
Signature of Judicial Officer

C. CHRISTOPHER HAGY, U.S. MAGISTRATE JUDGE

---

* Insert as applicable: (a) Controlled Substances Act (21 U.S.C. §801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. §955a).

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
JUL 0 2 2001
LUTHER D. THOMAS, CLERK
By: Deputy Clerk

UNITED STATES OF AMERICA,

vs.

DOUGLAS COLWELL,

**COMMITMENT TO ANOTHER DISTRICT**

CASE NO. 1:01-M-864

Charges against the defendant are filed based upon a(n):

☒ indictment    ☐ information    ☐ complaint    ☐ other (specify)

charging a violation of **Title, United States Code, Section(s).**

| | |
|---|---|
| **DISTRICT OF OFFENSE:** | SOUTHERN DISTRICT OF FLORIDA |
| **DATE OF OFFENSE:** | APRIL 2, 2001 |
| **DESCRIPTION OF CHARGES:** | FAILURE TO APPEAR FOR SENTENCING |
| **BOND IS FIXED AT:** | $ |

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Dated at Atlanta, Georgia this 2nd day of July, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

## RETURN

This commitment was received and executed as follows:

**Date Commitment Order Received:** _____

**Place of Commitment:** _____

**Date Defendant Committed:** _____

**Date:** _____

**United States Marshal:** _____

**(By) Deputy Marshal:** _____