FILED by _____ D.C.

JUL 11 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 51947-019

UNITED STATES OF AMERICA )
                  Plaintiff  )  Case Number: CR 00-6248-CR-WPD
                             )  REPORT COMMENCING CRIMINAL
     -vs-                    )         ACTION
                             )
DOUGLAS A. COLWELL          )
                  Defendant

*********************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 7-11-01 _____ am/pm

(2)  Language Spoken: ENGLISH

(3)  Offense(s) Charged: BOND VIOLATION
       FAIL TO APPEAR FOR SENTENCING

(4)  U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: 8-14-59

(6)  Type of Charging Document: (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already Filed
     Case# _____

     [X] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] Yes [ ] No

Amount of Bond: $_____
Who Set Bond: _____

(7)  Remarks: _____
_____

(8)  Date: 7-11-01  (9) Arresting Officer: _____

(10) Agency: USMS _____ (11) Phone: _____

(12) Comments: _____