## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: DOUGLAS COLWELL (J)#
CASE NO: 00-6248-CR-Dimitrouleas
AUSA: Bruce Brown
ATTY: Tom O'Malley / FPD: Sam Smargon
AGENT:
VIOL: Failure to appear for sentencing
PROCEEDING: Initial Appearance on Bond Violation
RECOMMENDED BOND:
BOND HEARING HELD - yes/(no)
COUNSEL APPOINTED:
BOND SET @:
To be cosigned by:

FILED by INTAKE — D.C.
JUL 11 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - FT LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone, ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

A - advised of charges
No Bond hrg requested today.

FPD will schedule sentencing & bond hrg before WPD.

NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 7-11-01  TIME: 11:00am  TAPE # 01- 047  Begin. 3105  End. 3235