UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.

JUL 1 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                    CASE NO. 00-6248-CR-DIMITROULEAS

DOUGLAS A. COLWELL

TYPE OF CASE:            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.                COURTROOM 203E
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                    **July 20, 2001 AT 10:00 A.M.**

TYPE OF            SENTENCING
HEARING:

                            CLARENCE MADDOX,
                            CLERK OF COURT

DATE: July 11, 2001         BY DEPUTY CLERK

cc:  Bruce Brown, AUSA
     Samuel Smargon, AFPD
     U.S. Probation
     U.S. Marshal