**CRIMINAL MINUTES**

FILED by _____ D.C.
JUL 2 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6248-CR-WPD    DATE: July 20, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Douglas Calwell

U.S. ATTORNEY: Bruce Brown    DEFT. COUNSEL: _____

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed:
6 months BOP, $33,541.70 Restitution
minus credit for any payments the deft
has made. $10.00 assessment

Gvt's motion to dismiss Count 2 is granted.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: Deft informed of Right to Appeal.