AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN _____ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

DOUGLAS COLWELL

**WARRANT FOR ARREST**

CASE NUMBER: 00-6248-CR-WPD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DOUGLAS COLWELL__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO APPEAR FOR SENTENCING

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 4/2/01

in violation of Title _____ United States Code, Section(s) _____

William P. Dimitrouleas
Name of Issuing Officer

_Signature of Issuing Officer_

United States District Judge
Title of Issuing Officer

April 2, 2001 at Ft. Lauderdale, FL
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ Atlanta, GA |

| DATE RECEIVED 2/2/01 | NAME AND TITLE OF ARRESTING OFFICER Edward Stubbs, Acting US Marshal  S/D  FL | SIGNATURE OF ARRESTING OFFICER Barry Golden, ASDUSM |
|---|---|---|
| DATE OF ARREST 7/11/01 | | |